UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN COZY, | ) | |
| Petitioner, | ) | 3:09-cv-0250-RCJ-RAM |
| vs. | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (Docket #26). Respondents seek a 31-day enlargement of time, up to and including October 24, 2010, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #26) is **GRANTED.** The answer shall be filed on or before **October 24, 2010.**

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE