UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN COZY,

    Petitioner,

vs.

JACK PALMER, *et al.*,

    Respondents.

3:09-cv-0250-RCJ-RAM

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by John Cozy, a Nevada state prisoner. Respondents filed an answer on October 5, 2010. (ECF No. 27). By order filed October 26, 2010, the Court granted petitioner's motion for an extension of time to file a reply to the answer. (ECF No. 31). Petitioner's reply was due on December 7, 2010.

Petitioner has filed a second motion for an extension of time to file a reply. (ECF No. 32). Petitioner seeks a sixty-day enlargement of time to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

Petitioner has also filed a "motion to extend prison copywork limit. (ECF No. 33). Petitioner has not presented this Court with a valid reason to direct prison officials to allow petitioner to have additional photocopying at public expense. The Court denies petitioner's motion.

**IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 32) for an extension of time is **GRANTED.** Petitioner's reply shall be filed on or before **February 7, 2011.**

**IT IS FURTHER ORDERED** that petitioner's motion to extend copywork limit (ECF No. 33) is **DENIED**.

DATED this  4th  day of  February , 2011.

_____
UNITED STATES DISTRICT JUDGE