AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

JOHN COZY,

      Petitioner,           JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:09-CV-00250-RCJ-WGC**

JACK PALMER, et al.,

      Respondents.


___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY.**
      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**


   __August 27, 2012__                                    **LANCE S. WILSON**
                                                                  Clerk


                                                                    __/s/ D. R. Morgan__
                                                                    Deputy Clerk